IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 20-CR-30156-DWD |
| ) | |
| BERNARD L. MOSLEY, ) | |
| ) | |
| Defendant. ) | |

ORDER ON DEFENDANT'S MOTION
FOR PRESENTENCE INVESTIGATION PRIOR TO PLEA OF GUILTY

**DUGAN, District Judge:**

An indictment charges Defendant Bernard L. Mosley with one count of felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). On March 25, 2021, Defendant was arraigned before Magistrate Judge Gilbert C. Sison, who appointed counsel and ordered him detained pending trial. Defendant entered a not guilty plea and trial is set for July 26, 2021 by second setting (Doc. 26).

Now before the Court is Defendant's Motion for Presentence Investigation Prior to Plea of Guilty (Doc. 23), in which he asks to have the Court order the United States Probation Office to immediately prepare a pre-plea presentence report (PSR) before Defendant decides whether to plead guilty or proceed to trial. The United States has no objection to the early preparation of a PSR (*see* Doc. 23).

Finding good cause, the undersigned **GRANTS** Defendant's motion (Doc. 23) and **DIRECTS** the U.S. Probation Office for the Southern District of Illinois **to prepare a PSR herein by August 23, 2021.**

1

Rule 32(e)(1) expressly prohibits the probation officer from submitting a PSR to the court or disclosing the contents of a PSR to anyone until the defendant has pled guilty, *unless the defendant has consented in writing.* While Defendant has consented to the preparation of a presentence investigation, he has not consented to the disclosure of the report to the Court or anyone else (*see* Doc. 27-1). Unless Defendant's written consent to the submission and disclosure of the PSR before he pleads guilty is obtained, the U.S. Probation Office for the Southern District of Illinois is **PROHIBITED** from submitting or disclosing the PSR prior to formal entry and acceptance of Defendant's guilty plea herein. Defendant's Counsel is **DIRECTED** to discuss with Defendant the possibility of executing a consent to the submission and disclosure of the PSR to appropriate persons, and to file such consent with the Court, if obtained, as soon as possible.

Upon completion of the PSR, the U.S. Probation Office for the Southern District of Illinois is **DIRECTED** to notify the attorneys in this matter of its completion.

A copy of this Order shall be provided by the Clerk's Office to the U.S. Probation Office for the Southern District of Illinois, ATTN: Kristi Miller.

**SO ORDERED.**

Dated:  May 24, 2021

/s/ David W. Dugan
DAVID W. DUGAN
United States District Judge