IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) )  ) |
| vs. | )  ) Case No. 20-CR-30156-DWD |
| **BERNARD L. MOSLEY,** | ) )  ) |
| **Defendant.** | )  ) |

## ORDER

**DUGAN, District Judge:**

An indictment charges Defendant Bernard L. Mosley with one count of felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). On March 25, 2021, Defendant was arraigned before Magistrate Judge Gilbert C. Sison, who appointed counsel and ordered him detained pending trial. Defendant entered a not guilty plea and trial is set for July 26, 2021 by second setting (Doc. 26).

On May 24, 2021, the Court granted Defendant's request for the preparation of a pre-plea presentence report (PSR) prior to a plea of guilty (Doc. 30). However, at that time, Defendant had not yet consented to the disclosure of the PSR. Federal Rule of Criminal Procedure 32(e)(1) expressly prohibits the probation officer from submitting a PSR to the court or disclosing the contents of a PSR to anyone until the defendant has pled guilty, *unless the defendant has consented in writing*. On July 6, 2021, Defendant filed his written consent to the disclosure of his pre-plea pre-sentence investigation report to the Court, the United States Attorney's office for the Southern District of Illinois and Defendant's attorney, Timothy J. Smith (*See* Doc. 33).

1

Therefore, upon completion of the PSR, the U.S. Probation Office for the Southern District of Illinois is **AUTHORIZED** to submit and disclose the PSR prior to formal entry and acceptance of Defendant's guilty plea herein to the Court, the United States Attorney's Office for the Southern District of Illinois, and Defendant's attorney, Timothy J. Smith. The U.S. Probation Office for the Southern District of Illinois is **DIRECTED** to file/submit the PSR upon its completion.

A copy of this Order shall be provided by the Clerk's Office to the U.S. Probation Office for the Southern District of Illinois, ATTN: Kristi Miller.

**SO ORDERED.**

Dated: July 7, 2021

_____
DAVID W. DUGAN
United States District Judge